IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIN HUI LIN**, *on his own behalf and on behalf of others similary situated*<br><br>v.<br><br>**LEE'S HOUSE RESTAURANT, INC., SEN LIN, BAIQUN LIN** | **CIVIL ACTION**<br><br>**NO. 23-3111** |

# ORDER

**AND NOW**, this 23rd day of May, 2024, it is **ORDERED,** for the reasons stated in the foregoing memorandum, that Plaintiff's motion for conditional certification (ECF 20) is **DENIED**. In so denying, the Court notes that "denial at the conditional certification stage is not necessarily a final determination of whether the matter may proceed as a collective action," as certification may be "revisited after discovery or efforts by the named plaintiff to re-define the contours of the proposed collective action." Halle v. W. Penn Allegheny Health Sys. Inc., 842 F.3d 215, 224-225 (3d Cir. 2016); see also Symczyk v. Genesis HealthCare Corp., 656 F.3d 189, 193 (3d Cir. 2011), rev'd on other grounds, 569 U.S. 66 (2013); Symczyk v. Genesis Healthcare Corp., 2010 WL 2038676, at *1 (E.D. Pa. May 19, 2010) (Baylson, J.), rev'd on other grounds, 656 F.3d 189 (3d Cir. 2011), rev'd on other grounds, 569 U.S. 66 (2013).

BY THE COURT:

s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 23\23-3111 Lin v Lees House Restaurant\23cv3111 order 05222024.doc