# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIN HUI LIN**, *on his own behalf and on behalf of others similarly situated*<br><br>v.<br><br>**LEE'S HOUSE RESTAURANT, INC., SEN LIN, BAIQUN LIN** | **CIVIL ACTION**<br><br>**NO. 23-3111** |

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

**AND NOW**, this 28th day of October, 2024, upon consideration of Plaintiff's Motion to Compel (ECF 65) it is hereby ORDERED that:

1. Plaintiff's Motion to Compel is **GRANTED**;

2. Defendants must comply with this Court's September 11, 2024 Order (ECF 60), within fourteen (14 days) and produce to Plaintiff all records of all individuals who have worked at Defendants' business during the relevant time period, whether considered employees or independent contractors, including records of pay, compensation, and hours worked. If Defendants, reply they do not have these records in their possession, custody, or control the court may require them to pay for a qualified expert to recreate the records for the relevant time period;

3. Pursuant to this Court's September 11, 2024, Order, Plaintiff may take ten additional depositions of Defendants' owners, managers, and all individuals who worked at Defendants' business during the relevant time period, full or part time;

4. The above discovery must be completed by December 15, 2024.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-3111 Lin v Lees House Restaurant\23-3111 order granting motion to compel (ECF 65) final.doc