IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIN HUI LIN**, *on his own behalf and on behalf of others similarly situated*<br><br>v.<br><br>**LEE'S HOUSE RESTAURANT, INC., SEN LIN, BAIQUN LIN** | **CIVIL ACTION**<br><br>**NO. 23-3111** |

### REPORT OF FINAL PRETRIAL CONFERENCE

**AND NOW**, this 12th day of November, 2025, the Court held a final pretrial conference in Court this date. As a result of the conference, it is hereby **ORDERED** that final pretrial procedures are as follows:

1. Jury selection shall take place on Monday, February 2, 2026 at 9:30 a.m. in Courtroom 3A.

2. Trial will start immediately following jury selection on February 2, 2026 in Courtroom 3A and shall continue day-to-day.

3. Parties shall exchange trial exhibits, with exhibit numbers, no later than November 28, 2025. Objections to any exhibit shall be filed no later than December 10, 2025.

4. The parties shall also prepare, as appropriate, accurate summaries and/or charts of evidence pursuant to Federal Rule of Evidence 1006, and file a list of these by December 15, 2025.

5. Parties' counsel shall have discussions to resolve objections. Any unresolved objections shall be submitted to the Court by December 22, 2025.

6. Plaintiff to file list of trial witnesses no later than December 22, 2025.

7. Defendants to file list of trial witnesses no later than December 29, 2025.

8. The parties shall serve any deposition designations by January 5, 2026 followed by

objections and/or counter-designations within seven (7) days.

9.    Motions in limine are due January 12, 2026.   Responses are due within seven (7) days. Argument on motions in limine will be held on January 21, 2026 at 10:00 a.m. in Courtroom 3A.

10.    Points for charge, voir dire questions, and proposed jury verdict forms shall be filed by January 20, 2026.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-3111 Lin v Lees House Restaurant\23cv3111 final pretrial order.docx