IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIN HUI LIN**<br>*Plaintiff*<br>          v.<br><br>**LEE'S HOUSE RESTAURANT, INC., SEN LIN, BAIQUN LIN**<br>*Defendants*. | **CIVIL ACTION**<br><br>**NO. 23-3111** |

### ORDER RE: MOTION FOR SUMMARY JUDGMENT

**AND NOW**, on this 18th day of November 2025, upon consideration of Defendant Baiqun Lin's Motion for Summary Judgment (ECF 91), Plaintiff's Response (ECF 96), and Defendant Baiqun Lin's Reply (ECF 97), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** as follows:

1. Defendant Baiqun Lin's Motion is **GRANTED** as to Count V and any relief sought under the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*; and

2. Defendant Baiqun Lin's Motion is **DENIED** as to Counts I through IV.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\phl-data\judge_baylson\civil 23\23-3111 lin v lees house restaurant\23-3111 order re motion for summary judgment.docx