IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LIN,
Plaintiff,

v.

LEE'S HOUSE RESTAURANT INC., et al.,
Defendants.

Civil Action No. 2:23-cv-03111

**DEFENDANT'S LIMITED OBJECTION REGARDING COUNSEL'S MOTION AND RELATED FILINGS**

Defendant submits this limited objection solely to preserve the record and to address certain factual characterizations contained in counsel's motion and related filings. Counsel previously sought withdrawal, which the Court denied by Order dated January 12. At this stage, maintaining continuity of representation is important to ensure orderly resolution of pending matters. Defendant notes, without argument, that Plaintiff cited the alleged text messages as the basis for declining to proceed with the scheduled settlement conference.

Defendant expressly denies authorship, transmission, or direction of any alleged threatening text messages referenced in counsel's motion or related filings. Defendant further denies that any threats were made by Defendant or at Defendant's behest. These allegations are disputed and collateral and should not be treated as established facts for any purpose.

Defendant objects to counsel's references to Defendant's assets, property ownership, or the operational status of any business. As the Court is aware, at the January 9 hearing Defendant advised that the business had previously closed, was leased, that the landlord was not willing to take over the business, and that the business did not reflect material value due to lack of operations. These matters are collateral and should not be adjudicated in connection with counsel's motion or related filings.

At the January 9 hearing, the Court inquired into the status of counsel's fees, and counsel advised the Court that Defendant had paid the agreed $25,000 capped fee. Defendant notes that two deadlines are imminent and respectfully opposes any delay or continuance. Defendant stands ready to proceed in accordance with the Court's current schedule. This submission is made solely to preserve the record, and Defendant expressly reserves all rights, including the right to be represented by counsel.

Dated: 1/19/2026

Sen Lin

Defendant

415 N Manoa Rd

Havertown, PA 19083

**CERTIFICATE OF SERVICE**

I hereby certify that on ___1/19/2026___, a true and correct copy of the foregoing Defendant's Limited Objection Regarding Counsel's Motion and Related Filings was served upon all counsel of record.

_____
Sen Lin