**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MIN HUI LIN**<br>*Plaintiff*<br>**v.**<br><br>**LEE'S HOUSE RESTAURANT, INC., SEN LIN, BAIQUN LIN**<br>*Defendants*. | **CIVIL ACTION**<br><br>**NO. 23-3111** |

**ORDER RE: MOTION FOR LIQUIDATED DAMAGES, FEES, AND COSTS AND ENTRY OF FINAL JUDGMENT**

**AND NOW** this 28th day of September, 2026, it is hereby **ORDERED** that Plaintiff's Motion to Alter or Amend Judgment and for Attorneys' Fees and Costs (ECF 184) is **GRANTED in part.** Plaintiff's Motion for Liquidated Damages in the amount of $2,800.00 is **GRANTED**. Plaintiff's Motion for Attorneys' Fees is **GRANTED** in the amount of $9,952.11. Plaintiff's Motion for Costs is **GRANTED** in the amount of $4,769.41.

**FINAL JUDGMENT** in the amount of **$17,521.52** is **ENTERED** against Defendant Sen Lin.

The Clerk of Court shall close this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-3111 Lin v Lees House Restaurant